IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN BENEDICT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF MALVERN, et al. | : | NO. 15-6462 |

ORDER

AND NOW, this 5th day of April, 2016, upon consideration of plaintiff's amended complaint (docket entry #9), defendant Malvern Fire Company's motion to dismiss (docket entry #10), defendant Michael Bernard McMahon, Jr.'s motion to dismiss (docket entry #12), defendant Borough of Malvern's motion to dismiss (docket entry #15), plaintiff's responses in opposition thereto, Malvern Fire Company's motion for leave to file a reply brief (docket entry #14), defendant McMahon's motion for leave to file a reply brief (docket entry #17), plaintiff's motions for leave to file reply briefs (docket entries ##20, 21), and McMahon's motion for a protective order (docket entry #18), it is hereby ORDERED that:

      1.    Defendant Malvern Fire Company's motion to dismiss (docket entry #10) is GRANTED;

      2.    Defendant Malvern Fire Company's motion for leave to file a reply brief (docket entry #14) is GRANTED;

      3.    The Clerk of Court shall DOCKET Exhibit A of that motion;

      4.    Defendant McMahon's motion to dismiss (docket entry #12) is GRANTED;

      5.    Defendant McMahon's motion for leave to file a reply brief (docket entry #17) is GRANTED;

      6.    The Clerk of Court shall DOCKET Exhibit A of that motion;

2

       7.       Defendant Borough of Malvern's motion to dismiss (docket entry #15) is GRANTED;

       8.       Plaintiff's motion for leave to file a reply brief (docket entry #20) is GRANTED;

       9.       The Clerk of Court shall DOCKET Exhibit A of that reply brief;

       10.     Plaintiff's motion for leave to file a second reply brief (docket entry #21) is GRANTED;

       11.     The Clerk of Court shall DOCKET Exhibit A of that second reply brief;

       12.     Plaintiff's amended complaint (docket entry #9) is DISMISSED WITHOUT PREJUDICE to her filing a second amended complaint;

       13.     Defendant McMahon's motion for a protective order (docket entry #18) is DENIED AS MOOT, but without prejudice to refiling; and

       14.     Plaintiff may FILE a second amended complaint if she does so by noon on April 22, 2016.

BY THE COURT:

__/s/ Stewart Dalzell, J._
Stewart Dalzell, J.