IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN BENEDICT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL BERNARD MCMAHON, JR. | : | NO. 15-6462 |

ORDER

AND NOW, this 12th day of July, 2016, upon consideration of non-party movant East Whiteland Township's first motion to quash (docket entry #37), plaintiff Kathleen Benedict's response in opposition thereto, defendant Michael Bernard McMahon, Jr.'s motion for a protective order (docket entry #38), and Benedict's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. East Whiteland Township's first motion to quash (docket entry #37) is GRANTED-IN-PART;

2. The subpoena attached as Exhibit A to East Whiteland Township's first motion to quash is MODIFIED in accordance with our Memorandum and QUASHED TO THE EXTENT it seeks information pertaining to McMahon's expunged criminal record;

3. East Whiteland Township shall COMPLY with the modified subpoena;

4. McMahon's motion for a protective order (docket entry #38) is GRANTED; and

5. Benedict is PRECLUDED from obtaining any and all documents from McMahon's expunged criminal records relating to the December 10, 2013 incident.

BY THE COURT:

 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.