**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| KATHLEEN BENEDICT  v.  BOROUGH OF MALVERN, et al. | CIVIL ACTION  NO. 15-6462 |
|---|---|

## ORDER

AND NOW, this 1st day of May, 2017, having considered Defendant Michael McMahon's Motion to Strike Plaintiff Kathleen Benedict's Third Amended Complaint (ECF No. 62), and Defendant Malvern Fire Company's Motion to Dismiss, or in the alternative, to Strike Plaintiff's Third Amended Complaint (ECF No. 63), as well as all responses and replies thereto, McMahon's Motion to Strike is DENIED and Malvern Fire's Motion to Dismiss, or in the alternative, to Strike Plaintiff's Third Amended Complaint is GRANTED with prejudice.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-6462 Benedict v McCann\15cv6462 Order re MTD.docx